# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **OAKWOOD UNIVERSITY, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:23-cv-00916-MHH |
| | ) |
| **DYNAMIC CAMPUS SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT SETTLEMENT STATUS REPORT AND REQUEST TO STAY

Come Now Plaintiff Oakwood University, Inc. ("Oakwood") and Defendant Dynamic Campus Solutions, Inc. ("DCS") (collectively, the "Parties"), pursuant to the Court's September 6, 2023, Order, and respectfully submit this joint status report on their settlement efforts:

The Parties have tentatively reached a settlement in the case but continue to work through a mediator to resolve the final settlement terms. The Parties are optimistic that a final agreement will be reached within the next 30 days. Accordingly, the Parties jointly request that the above-captioned case be stayed for 45 days, until such time as the settlement can hopefully be concluded and the case can be dismissed with prejudice.

Respectfully submitted,

*\*\* All Parties Consent to the Electronic Filing of This Document \*\**

| | |
|---|---|
| */s/ Reave W. Shewmake* | */s/ David J. Shannon* |
| Reave W. Shewmake | David J. Shannon |

<table>
<tr><td><b>OF COUNSEL:</b></td><td><b>OF COUNSEL:</b></td></tr>
<tr><td>David B. Block<br>Reave W. Shewmake<br><b>Butler Snow LLP</b><br>200 Westside Square STE 100<br>Huntsville, AL 35801<br>Telephone: (256) 936-5626<br>David.Block@butlersnow.com<br>Reave.shewmake@butlersnow.com<br><i>Counsel for Oakwood</i></td><td>David J. Shannon<br><b>Marshall Dennehey</b><br>2000 Market Street<br>Suite 2300<br>Philadelphia, PA 19103<br>DJShannon@mdwcg.com<br>Tel: (215) 575-2615<br>Fax: (215) 575-0856<br><i>Counsel for DCS</i></td></tr>
</table>

*/s/ Michael A. Vercher*
Michael A. Vercher

**OF COUNSEL:**

Michael A. Vercher
Robert A. Yarbro
**Christian & Small LLP**
505 North 20th St, STE 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Mavercher@csattorneys.com
Rayarbro@csattorneys.com
*Counsel for DCS*

## CERTIFICATE OF SERVICE

    This is to certify that on the 25th day of September 2023, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the appropriate CM/ECF participants as indicated on the filing receipt.

                                                   /s/ *Reave W. Shewmake*
                                                    *Of Counsel*