# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **Oakwood University, Inc.** } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | |
| } | **Case No.:  5:23-cv-00916-MHH** |
| **Dynamic Campus Solutions, Inc.** } | |
| **Defendant.** } | |
| } | |
| } | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulates to dismissal of this action with prejudice. (Doc. 19). The parties shall bear their own attorneys' fees and costs.

At the direction of the Court, this case is closed.

**DONE** this November 27, 2023

GREER M. LYNCH, CLERK

By: /s/ D. Wiggins

Deputy Clerk